
IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

GERARDO LEBRON DIAZ &
NOELIA GARCIA ORTIZ

Debtor

CASE NO 00- 0 65

CHAPTER 13

RECEIVED AND FILED   00 APR 20 AM 11:36

## NOTICE OF FILING PETITION IN BANKRUPTCY UNDER
## CHAPTER 13 AND OF AUTOMATIC STAY OF SUITS

You are hereby notified that GERARDO LEBRON DIAZ & NOELIA GARCIA ORTIZ has/have filed a petition under Chapter 13 of Title 11, United States code on **APR 2 0 2000**

Pursuant to the provision of 11 USC 362, the filing of the petition by the above-named debtor operates as a stay of the commencement or continuation of any court or other proceeding against the debtor, of the enforcement of any judgment against him, of any act or the commencement or continuation of any court proceeding commenced for the purpose of rehabilitation of debtor or the liquidation of his estate.

You are further notified that under Bankruptcy Act, 11 USC 1301, a creditor may not act, or commenced or continue any civil action, to collect all or any part of consumer debt with the debtor.

This notice is sent to you by order the United States Bankruptcy Judge.

San Juan, Puerto Rico, this   **APR 2 0 2000**

CELESTINO MATTA-MENDEZ
CLERK OF THE COURT

DEPUTY CLERK

4659(6)

(Official Form 1) (9/97) Specialty Software, Royal Oak

**United States Bankruptcy Court**

FORM B1

*PUERTO RICO* District of *PUERTO RICO*

**Voluntary Petition**

| Name of Debtor (If Individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| *LEBRON DIAZ, GERARDO* | *GARCIA ORTIZ, NOELIA* |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): *NONE* | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): *NONE* |

00-04659

| Soc. Sec./Tax I.D. No. (if more one, state all): | Soc. Sec./Tax I.D. No. (if more than one, state all): |
|---|---|
| *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* | *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* |
| Street Address of Debtor (No. & Street, City, State & Zip Code): *URB VILLAS DE CASTRO R11-6 CALLE 13 CAGUAS PR  00725-4699* | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): *URB VILLAS DE CASTRO R11-6 CALLE 13 CAGUAS PR  00725-4699* |
| **Phone:** | |
| County of Residence or of the Principal Place of Business: *CAGUAS* | County of Residence or of the Principal Place of Business: *CAGUAS* |
| Mailing Address of Debtor (if different from street address): *SAME* | Mailing Address of Joint Debtor (if different from street address): *SAME AS DEBTOR* |

Location of Principal Assets of Business Debtor
(If different from street address above): *NOT APPLICABLE*

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

[X] Individual(s)
[ ] Corporation
[ ] Partnership
[ ] Other _____

[ ] Railroad
[ ] Stockbroker
[ ] Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

[ ] Chapter 7      [ ] Chapter 11      [X] Chapter 13
[ ] Chapter 9      [ ] Chapter 12
[ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

[X] Consumer/Non-Business      [ ] Business

**Filing Fee** (Check one box)

[X] Full Filing Fee attached.

[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

[ ] Debtor is a small business as defined in 11 U.S.C. § 101

[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/ Administrative Information** (Estimates only)

[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.

[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

237959

RECEIVED AND FILED
RELIEF ORDERED
APR 20 AM 11:36

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

(Official Form 1) (9/97) Specialty Software, Royal Oak, MI

FORM B1, Page 2

## Voluntary Petition
[This page must be completed and filed in every case]

**Name of Debtor(s):**
*GERARDO LEBRON DIAZ and NOELIA GARCIA ORTIZ*

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |
| District: | Relationship: | Judge: |

### Signatures

**Signature(s) of Debtor(s) (Individual / Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Gerardo Lebron Diaz_
Signature of Debtor   *GERARDO LEBRON DIAZ*

X _Noelia Garcia Ortiz_
Signature of Joint Debtor   *NOELIA GARCIA ORTIZ*

_____
Telephone Number (if not represented by attorney)

*April 14, 2000*
Date

**Signature of Debtor (Corporation / Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

---

**Signature of Attorney**

X _Lyssette A. Morales Vidal_
Signature of Attorney for Debtor(s)

*Lyssette A. Morales Vidal #120011*
Printed Name of Attorney for Debtor(s)

*Lyssette A. Morales Vidal*
Firm Name

*URB VILLA BLANCA*
Address

*#70 AQUAMARINA STREET*
Address

*CAGUAS PR 00725-1908*

*(787)746-2434*   *April 14, 2000*
Telephone Number   Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Attorney

_____
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

FORM B6 (6/90) Specialty Software, Royal Oak, MI

# UNITED STATES BANKRUPTCY COURT
## PUERTO RICO  DISTRICT of PUERTO RICO

In re *GERARDO LEBRON DIAZ and NOELIA GARCIA ORTIZ*

Case No.  *00–*
Chapter   *13*

_____ / Debtor

Attorney for Debtor: *Lyssette A. Morales Vidal*

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedule D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 92,000.00 | | |
| B-Personal Property | Yes | 3 | $ 23,714.00 | | |
| C-Property Claimed as Exempt | Yes | 2 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $ 93,837.00 | |
| E-Creditors Holding Unsecured Priority Claims | Yes | 2 | | $ 11,224.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $ 72,562.00 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $ 3,081.55 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 2,331.00 |
| Total Number of Sheets in All Schedules | | 17 | | | |
| Total Assets | | | $ 115,714.00 | | |
| Total Liabilities | | | | $ 177,623.00 | |

FORM B6A (6/90) Specialty Software, Royal Oak, MI

In re _GERARDO LEBRON DIAZ and NOELIA GARCIA ORTIZ_____ / Debtor       Case No. _00-_____

(If known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, or both own the property by placing an "H,""W,""J," or "C"in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest, in Property without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Cement house & lot located at Urb. Villas de Castro, Caguas PR | | J | $ 92,000 | $ 71,369 |
| | | | | |

_NO_   continuation sheets attached

TOTAL $     92,000<br>(Report also on Summary of Schedules.)



FORM B6B (6/90)•Specialty Software, Royal Oak, MI

In re <u>GERARDO LEBRON DIAZ and NOELIA GARCIA ORTIZ</u>   / Debtor      Case No. <u>00–</u> _____
                                                                                            (If known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H","W","J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases. If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | J | $ 25 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | VAPR Credit Union, direct deposit acct. #8100 | J | $ 1 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Living room set | J | $ 500 |
| | | JVC TV 27" | J | $ 200 |
| | | Aiwas CD player | J | $ 200 |
| | | Sharp VCR | J | $ 100 |
| | | Shelf | J | $ 50 |
| | | Ceiling fan | J | $ 50 |
| | | Dining room set | J | $ 400 |
| | | G.E. refrigerator | J | $ 300 |
| | | G.E. stove | J | $ 200 |
| | | G.,E. microwave | J | $ 100 |
| | | 3 – Bedroom sets | J | $ 1,000 |
| | | Sharp air conditioner 12,000 BTU | J | $ 200 |
| | | York TV 13" | J | $ 100 |
| | | 2 – JVC TV 19" | J | $ 300 |
| | | Panasonic CD Player | J | $ 100 |
| | | 2 – G.E. air conditioner 12,000 BTU | J | $ 400 |

Page ___1___ of ___3___

FORM B6B (8/90) Specialty Software, Royal Oak, MI

In re *GERARDO LEBRON DIAZ and NOELIA GARCIA ORTIZ* ____/ Debtor          Case No. *00–* _____
(If known)

# SCHEDULE B-PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Samsung TV 13" | J | $ 100 |
| | | Balcony set | J | $ 100 |
| | | W.Westinghouse dryer | J | $ 200 |
| | | G.E. washer | J | $ 400 |
| | | Miscellaneous furnishings | J | $ 500 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothes & personal effects | J | $ 500 |
| 7. Furs and jewelry. | | Jewelry | J | $ 200 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor include tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | 1/8 of 1/2 particp. in wooden house located on third partie's land [Bo. Quebrada Arena, San Lorenzo PR] | J | $ 938 |

FORM B6B (8/90) Specialty Software, Royal Oak, MI



In re _GERARDO LEBRON DIAZ and NOELIA GARCIA ORTIZ_ / Debtor    Case No. _00–_____

(If known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | _1998 Ford Explorer 4d 2WD XL_ | J | $ 16,550 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __3__ of __3__

Total → $ 23,714

(Report total also on Summary of Schedules)

FORM B6C (6/90) Specialty Software, Royal Oak, MI

In re _GERARDO LEBRON DIAZ and NOELIA GARCIA ORTIZ_ / Debtor    Case No. 00-

(If known)

## SCHEDULE C-PROPERTY CLAIMED EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☒ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property without Deducting Exemption |
|---|---|---|---|
| Cement house & lot located at Urb. Villas de Castro, Caguas PR | 11 USC 522(d)(1) 11 USC 522(d)(5) | $ 20,631 $ 0 | $ 92,000 |
| Cash on hand | 11 USC 522(d)(5) | $ 25 | $ 25 |
| VAPR Credit Union, direct deposit acct. #8100 | 11 USC 522(d)(5) | $ 1 | $ 1 |
| Living room set | 11 USC 522(d)(3) | $ 500 | $ 500 |
| JVC TV 27" | 11 USC 522(d)(3) | $ 200 | $ 200 |
| Aiwas CD player | 11 USC 522(d)(3) | $ 200 | $ 200 |
| Sharp VCR | 11 USC 522(d)(3) | $ 100 | $ 100 |
| Shelf | 11 USC 522(d)(3) | $ 50 | $ 50 |
| Ceiling fan | 11 USC 522(d)(3) | $ 50 | $ 50 |
| Dining room set | 11 USC 522(d)(3) | $ 400 | $ 400 |
| G.E. refrigerator | 11 USC 522(d)(3) | $ 300 | $ 300 |
| G.E. stove | 11 USC 522(d)(3) | $ 200 | $ 200 |
| G.,E. microwave | 11 USC 522(d)(3) | $ 100 | $ 100 |
| 3 - Bedroom sets | 11 USC 522(d)(3) | $ 1,000 | $ 1,000 |
| Sharp air conditioner 12,000 BTU | 11 USC 522(d)(3) | $ 200 | $ 200 |
| York TV 13" | 11 USC 522(d)(3) | $ 100 | $ 100 |
| 2 - JVC TV 19" | 11 USC 522(d)(3) | $ 300 | $ 300 |
| Panasonic CD Player | 11 USC 522(d)(3) | $ 100 | $ 100 |

FORM B6C (6/90) Specialty Software, Royal Oak, MI

In re GERARDO LEBRON DIAZ and NOELIA GARCIA ORTIZ _____ / Debtor    Case No. 00– _____

(If known)

## SCHEDULE C-PROPERTY CLAIMED EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property without Deducting Exemption |
|---|---|---|---|
| 2 – G.E. air conditioner 12,000 BTU | 11 USC 522(d)(3) | $ 400 | $ 400 |
| Samsung TV 13" | 11 USC 522(d)(3) | $ 100 | $ 100 |
| Balcony set | 11 USC 522(d)(3) | $ 100 | $ 100 |
| W.Westinghouse dryer | 11 USC 522(d)(3) | $ 200 | $ 200 |
| G.E. washer | 11 USC 522(d)(3) | $ 400 | $ 400 |
| Miscellaneous furnishings | 11 USC 522(d)(3) | $ 500 | $ 500 |
| Clothes & personal effects | 11 USC 522(d)(3) | $ 500 | $ 500 |
| Jewelry | 11 USC 522(d)(4) | $ 200 | $ 200 |
| 1/8 of 1/2 particp. in wooden house located on third partie's land [Bo. Quebrada Arena, San Lorenzo PR] | 11 USC 522(d)(5) | $ 938 | $ 938 |
| 1998 Ford Explorer 4d 2WD XL | 11 USC 522(d)(2) | $ 0 | $ 16,550 |

FORM B6D (6/90) Specialty Software, Royal Oak, MI

In re _GERARDO LEBRON DIAZ and NOELIA GARCIA ORTIZ_ / Debtor    Case No. _00-_ _____

(If known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place and "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address including Zip Code | Code btor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No. _4596_ <br> _Creditor #: 1_ <br> _COOP A/C LA MERCED_ <br> _PO BOX 1294_ <br> _SAN LORENZO PR  00754-1294_ | J | _5/26/98_ Mortgage _Cement house & lot_ _[Urb. Villa de Castro, Caguas PR]_ <br> Value: _$ 92,000.00_ | | | | $ 71,369.00 | $ 0.00 |
| Account No. <br> _Representing:_ <br> _COOP A/C LA MERCED_ | | _MYRNA E. LOPEZ COLON, ESQUIRE_ _URB VILLA PRADES_ _#706-B JULIO ANDINO_ _RIO PIEDRAS PR  00924_ <br> Value: | | | | | |
| Account No. _TWA17072R9_ <br> _Creditor #: 2_ <br> _FORD MOTOR CREDIT_ <br> _PO BOX 71472_ <br> _SAN JUAN PR  00936-8572_ | J | _Security interest_ _1998 Ford Explorer 4d 2WD XL_ _VIN #1FMZU32E3WUD15104_ _Mat. Date: 10/15/2003_ <br> Value: _$ 16,550.00_ | | | | $ 22,468.00 | $ 5,918.00 |
| Account No. | | <br> Value: | | | | | |
| Account No. | | <br> Value: | | | | | |

_No_ continuation sheets attached

| | Subtotal $ <br> (Total of this page) | 93,837.00 |
|---|---|---|
| | Total $ <br> (Use only on last page and on Summary of Schedules) | 93,837.00 |

FORM B6E (12/93) Specialty Software, Royal Oak, MI

In re _GERARDO LEBRON DIAZ and NOELIA GARCIA ORTIZ_ / Debtor   Case No. _00-_____

(If known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed on this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS

☐  **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐  **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐  **Deposits by individuals**
   Claims of individuals up to $1,800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐  **Alimony, Maintenance or Support**
   Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒  **Taxes and Certain Other Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1___ continuation sheets attached

In re _GERARDO LEBRON DIAZ and NOELIA GARCIA ORTIZ_   / Debtor    Case No. _00–_____
(If known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

TYPE OF PRIORITY: _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim  H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No. _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_  Creditor #: 1  _PR DEPT OF TREASURY  PO BOX 9024140  OFIC 424 B  SAN JUAN PR  00902-4140_ | J | _1998  State income taxes_ | | | | $ 3,793.00 | $ 3,793.00 |
| Account No.  _Representing:  PR DEPT OF TREASURY_ | | _DEPT OF JUSTICE FED-LITIGATION  PO BOX 9020192  SAN JUAN PR  00902-0192_ | | | | | |
| Account No. _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_  Creditor #: 2  _PR DEPT OF TREASURY  PO BOX 9024140  OFIC 424 B  SAN JUAN PR  00902-4140_ | J | _1997  State income taxes_ | | | | $ 2,986.00 | $ 2,986.00 |
| Account No.  _Representing:  PR DEPT OF TREASURY_ | | _DEPT OF JUSTICE FED-LITIGATION  PO BOX 9020192  SAN JUAN PR  00902-0192_ | | | | | |
| Account No. _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_  Creditor #: 3  _PR DEPT OF TREASURY  PO BOX 9024140  OFIC 424 B  SAN JUAN PR  00902-4140_ | J | _1999  State income taxes_ | | | | $ 4,445.00 | $ 4,445.00 |
| Account No.  _Representing:  PR DEPT OF TREASURY_ | | _DEPT OF JUSTICE FED-LITIGATION  PO BOX 9020192  SAN JUAN PR  00902-0192_ | | | | | |
| Account No. | | | | | | | |

Sheet No. __1__ of __1__ continuation  sheets attached to
Schedule of Creditors holding Unsecured Priority Claims

Subtotal $ (Total of this page)     11,224.00

Total $ (Use only on last page and on Summary of Schedules)     11,224.00

FORM B6E (6/90) Specialty Software, Royal Oak, MI

FORM B6F (8/90) Specialty Software, Royal Oak, MI



In re _GERARDO LEBRON DIAZ_ and _NOELIA GARCIA ORTIZ_ _____ / Debtor     Case No. _00-_____
                                                                                    (If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor, or the property of the debtor, as of the date of filing of the petition.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H—Husband<br>W—Wife<br>J—Joint<br>C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.  04201378390018<br>Creditor #: 1<br>AUT ENERGIA ELECTRICA DE PR<br>PO BOX 363508<br>SAN JUAN PR  00936-3508 | | J | Utility bills | | | | $ 1,034.00 |
| Account No.  630010087020<br>Creditor #: 2<br>BUENAVISION CABLE TV<br>PO BOX 8759<br>CAGUAS PR  00726-8759 | | J | Utility bills | | | | $ 321.00 |
| Account No.  2092313<br>Creditor #: 3<br>COOP A/C LA MERCED<br>PO BOX 1294<br>SAN LORENZO PR  00754-1294 | | J | Consumer loan<br>Debtor is codebtor to<br>Heriberto Reyes | | | | $ 13,915.00 |
| Account No.  63378<br>Creditor #: 4<br>EDITORIAL LECTOR<br>PO BOX 192039<br>SAN JUAN PR  00919-2039 | | J | Merchandise | | | | $ 912.00 |
| Account No.  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<br>Creditor #: 5<br>PR DEPT OF TREASURY<br>PO BOX 9024140<br>OFIC 424 B<br>SAN JUAN PR  00902-4140 | | J | 1988<br>State income tax | | | | $ 1,002.00 |

___3_ continuation sheets attached

Subtotal $ (Total of this page)     $ 17,184.00

Total $ (Use only on last page and on Summary of Schedules)

FORM B6F (6/90) Specialty Software, Royal Oak, MI

In re _GERARDO LEBRON DIAZ and NOELIA GARCIA ORTIZ_____ / Debtor     Case No. 00-_____
                                                                                                    (If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H—Husband W—Wife J—Joint C—Community | | | | |
| Account No.<br>Representing:<br>PR DEPT OF TREASURY | | DEPT OF JUSTICE FED-LITIGATION<br>PO BOX 9020192<br>SAN JUAN PR  00902-0192 | | | | $ 994.00 |
| Account No. 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<br>Creditor #: 6<br>PR DEPT OF TREASURY<br>PO BOX 9024140<br>OFIC 424 B<br>SAN JUAN PR  00902-4140 | J | 1989<br>State income tax | | | | |
| Account No.<br>Representing:<br>PR DEPT OF TREASURY | | DEPT OF JUSTICE FED-LITIGATION<br>PO BOX 9020192<br>SAN JUAN PR  00902-0192 | | | | $ 709.00 |
| Account No. 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<br>Creditor #: 7<br>PR DEPT OF TREASURY<br>PO BOX 9024140<br>OFIC 424 B<br>SAN JUAN PR  00902-4140 | J | 1990<br>State income tax | | | | |
| Account No.<br>Representing:<br>PR DEPT OF TREASURY | | DEPT OF JUSTICE FED-LITIGATION<br>PO BOX 9020192<br>SAN JUAN PR  00902-0192 | | | | $ 7,380.00 |
| Account No. 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<br>Creditor #: 8<br>PR DEPT OF TREASURY<br>PO BOX 9024140<br>OFIC 424 B<br>SAN JUAN PR  00902-4140 | J | 1995<br>State income tax | | | | |
| Account No.<br>Representing:<br>PR DEPT OF TREASURY | | DEPT OF JUSTICE FED-LITIGATION<br>PO BOX 9020192<br>SAN JUAN PR  00902-0192 | | | | $ 9,083.00 |

Sheet no. ___1___ of ___3___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 9,083.00
(Total of this page)

Total $
(Use only on last page and on Summary of Schedules)

FORM B6F (6/90) Specialty Software, Royal Oak, MI

In re _GERARDO LEBRON DIAZ and NOELIA GARCIA ORTIZ_ ___ / Debtor    Case No. _00–_ _____
                                                                                          (If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No. 583–80–1473<br>Creditor #: 9<br>PR DEPT OF TREASURY<br>PO BOX 9024140<br>OFIC 424 B<br>SAN JUAN PR  00902–4140 | J | 1996<br>State income tax | | | | $ 6,280.00 |
| Account No.<br>Representing:<br>PR DEPT OF TREASURY | | DEPT OF JUSTICE FED-LITIGATION<br>PO BOX 9020192<br>SAN JUAN PR  00902–0192 | | | | |
| Account No.<br>Creditor #: 10<br>RUBEN MOJICA RIVERA, ESQUIRE<br>#8 PROLONGACION CELIS AGUILERA<br>CAGUAS PR  00725 | J | Legal fees | | | | $ 4,600.00 |
| Account No.<br>Representing:<br>RUBEN MOJICA RIVERA, ESQUIRE | | RICARDO FERNANDEZ DIAZ, ESQ<br>PO BOX 1123<br>GURABO PR  00778–1123 | | | | |
| Account No. 9585103966835<br>Creditor #: 11<br>SEARS ROEBUCK DE PR INC<br>PO BOX 70148<br>SAN JUAN PR 00936–9743 | J | Credit card purchases | | | | $ 670.00 |
| Account No. 9585135938554<br>Creditor #: 12<br>SEARS ROEBUCK DE PR INC<br>PO BOX 70148<br>SAN JUAN PR 00936–9743 | J | Credit card purchases | | | | $ 756.00 |
| Account No. 9917796–M<br>Creditor #: 13<br>THRIFT SAVINGS PLAN<br>NATIONAL FINANCE CENTER<br>PO BOX 61500<br>NEW ORLEANS LA  70161–1500 | J | Consumer loan<br>Secured w/retirement pension | | | | $ 3,825.00 |

Sheet no. __2__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 16,131.00
(Total of this page)

Total $
(Use only on last page and on Summary of Schedules)

FORM B6F (8/90) Specialty Software, Royal Oak, MI

In re _GERARDO LEBRON DIAZ and NOELIA GARCIA ORTIZ_____ / Debtor     Case No. _00-_____
                                                                                    (If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No. _9837632-F_<br>Creditor #: 14<br>THRIFT SAVINGS PLAN<br>NATIONAL FINANCE CENTER<br>PO BOX 61500<br>NEW ORLEANS LA  70161-1500 | J | Consumer loan<br>Secured w/retirement pension | | | | $ 7,000.00 |
| Account No. _8100_<br>Creditor #: 15<br>VAPR FEDERAL CREDIT UNION<br>PO BOX 33017<br>VETERAN PLAZA STATION<br>SAN JUAN PR  00933-0017 | J | Consumer loan & credit line<br>Savings $2,317.22<br><br>*Subject to Setoff | | | | $ 23,164.00 |
| Account No. | | | | | | |
| Account No. | | | | | | |
| Account No. | | | | | | |
| Account No. | | | | | | |
| Account No. | | | | | | |

Sheet no. ___3__ of ___3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)  $ 30,164.00

Total $ (Use only on last page and on Summary of Schedules)  $ 72,562.00

FORM B6G (6/90) Specialty Software, Royal Oak, MI



In re _GERARDO LEBRON DIAZ and NOELIA GARCIA ORTIZ_____ / Debtor     Case No. _00-_____
                                                                                    (If known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

FORM B6H (6/90) Specialty Software, Royal Oak, MI

In re *GERARDO LEBRON DIAZ and NOELIA GARCIA ORTIZ* / Debtor     Case No. *00–*_____
(If known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

In re _GERARDO LEBRON DIAZ_ and _NOELIA GARCIA ORTIZ_____ / Debtor    Case No. _00-_____

(If known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled spouse must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: *Married* | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| | *Grisel Lebron Garcia* | *14y* | *Daughter* |
| | *Noemi Lebron Garcia* | *12y* | *Daughter* |
| | *Gerardo Lebron Garcia* | *10y* | *Son* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Pensioned SS (since 1996)* | *Nurse* |
| Name of Employer | | *Department of Veteran Affairs* |
| How Long Employed | | *17 years* |
| Address of Employer | | *Hospital de Veteranos Rio Piedras, PR* |

| Income: (Estimate of average monthly income) | DEBTOR | | SPOUSE | |
|---|---|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | *0.00* | $ | *3,546.40* |
| Estimated Monthly Overtime | $ | *0.00* | $ | *0.00* |
| SUBTOTAL | $ | *0.00* | $ | *3,546.40* |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll Taxes and Social Security | $ | *0.00* | $ | *336.14* |
| b. Insurance | $ | *0.00* | $ | *144.47* |
| c. Union Dues | $ | *0.00* | $ | *28.17* |
| d. Other (Specify): *Retirement: savings & loans; Charity* | $ | *0.00* | $ | *697.58* |
|     *Caribe Fed. Credit loans & savings* | $ | *0.00* | $ | *881.83* |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | *0.00* | $ | *2,088.19* |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | *0.00* | $ | *1,458.21* |
| | | | | |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | *0.00* | $ | *0.00* |
| Income from Real Property | $ | *0.00* | $ | *0.00* |
| Interest and dividends | $ | *0.00* | $ | *0.00* |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | *0.00* | $ | *0.00* |
| Social Security or other government assistance | | | | |
| Specify: *Social security benefits* | $ | *378.00* | $ | *0.00* |
| Pension or retirement income | $ | *0.00* | $ | *0.00* |
| Other monthly income | | | | |
| Specify: *Cost of living & uniform allowance* | $ | *0.00* | $ | *371.51* |
|     *Payroll deduction to be reinstated* | $ | *0.00* | $ | *881.83* |
| TOTAL MONTHLY INCOME | $ | *378.00* | $ | *2,711.55* |

TOTAL COMBINED MONTHLY INCOME    $    *3,089.55*
(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6J (9/90) Specialty Software, Royal Oak, MI

In re _GERARDO LEBRON DIAZ and NOELIA GARCIA ORTIZ_____/ Debtor       Case No. _00-_____
(If known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $   380.00 |
| Are real estate taxes included?   Yes ☐    No ☒ | |
| Is property insurance included?   Yes ☐    No ☒ | |
| Utilities: Electricity and heating fuel   .   .   .   .   .   .   . | $   130.00 |
| Water and sewer | $   35.00 |
| Telephone | $   40.00 |
| Other   *Gas* | $   25.00 |
| Other | $   0.00 |
| Home maintenance (repairs and upkeep) .  .  .  .  .  . | $   100.00 |
| Food | $   750.00 |
| Clothing | $   50.00 |
| Laundry and Dry cleaning | $   0.00 |
| Medical and Dental expenses | $   100.00 |
| Transportation (not including car payments) | $   0.00 |
| Recreation, clubs, and entertainment, newspapers, magazines, etc. | $   25.00 |
| Charitable contributions | $   0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's   .   .   .   .   .   .   . | $   0.00 |
| Life | $   0.00 |
| Health | $   0.00 |
| Auto | $   0.00 |
| Other: | $   0.00 |
| Taxes (not deducted from wages or included in home mortgage) | $   0.00 |
| Specify: | |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | $   0.00 |
| Other:  *Gasoline, tolls & car maintenance* | $   270.00 |
| Other: | $   0.00 |
| Alimony, maintenance, and support paid to others   .   .   .   . | $   0.00 |
| Payments for support of additional dependents not living at your home | $   0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) . . . | $   0.00 |
| Other:  *Child care ($240.) + School Bus ($20.)* | $   260.00 |
| Other:  *Emergency fund/misc. exp. &/or savings* | $   74.00 |
| Other:  *Lunches at work & school* | $   100.00 |
| TOTAL MONTHLY EXPENSES  (Report also on Summary of Schedules) | $   2,339.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | $   3,089.55 |
| B. Total projected monthly expenses | $   2,339.00 |
| C. Excess Income (A minus B) | $   750.55 |
| D. Total amount to be paid into plan each:   *Monthly* | $   750.00 |

FORM B6 (6/90) Specialty Software, Royal Oak, MI

In re _GERARDO LEBRON DIAZ and NOELIA GARCIA ORTIZ_ / Debtor    Case No. _00-_

(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Summary and Schedules, consisting of ___18___ sheets, and that they are true and correct to the best of my knowledge, information and belief.       (Total shown on summary page plus 1)

Date: _April 14 , 2000_          Signature _____

GERARDO LEBRON DIAZ

Date: _April 14 , 2000_          Signature _____

NOELIA GARCIA ORTIZ

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §152 and §3571.

# UNITED STATES BANKRUPTCY COURT
# PUERTO RICO  DISTRICT OF PUERTO RICO

In re *GERARDO LEBRON DIAZ and NOELIA GARCIA ORTIZ*

Case No.  *00-*
Chapter  *13*

_____/ Debtor

Attorney for Debtor: *Lyssette A. Morales Vidal*

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16 - 21.  **If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

**"In business."**  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

**"Insider."**  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. §101(30).

---

1. **Income from employment or operation of business.**
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| *Wife* | |
| Year to date:*$11,412.98* | *Department of Veteran Affairs* |
| Last year:*$42,660.28* | "          "          "          " |
| Year before:*$41,017.44* | "          "          "          " |

---

**2. Income other than from employment or operation of business.**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| *Husband* | |
| *Year to date: $1,512.00* | *Social security benefits* |
| *Last year:@$4,284.00* | *"        "        "* |
| *Year before:@$4,284.00* | *"        "        "* |

**3a. Payments to creditors.**

List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**3b.** List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**4a. Suits and administrative proceedings, executions, garnishments and attachments.**

List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Coop. A/C La Merced Vs. Debtors Civil Num.ECD1999-0837 404* | *Foreclosure* | *Court of First Instance, District, Caguas Part* | *Judgment* |
| *Ruben Mojica Rivera Vs. Debtors Civil Num. ECD98-0181 (612)* | *Collection of money* | *Court of First Instance, Superior, Caguas Part* | *Judgment* |

**4b.** Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**5. Repossessions, foreclosures and returns.**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**6a. Assignments and receiverships.**

Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**6b.** List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**7. Gifts**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**8. Losses**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

☒ NONE

---

**9. Payments related to debt counseling or bankruptcy.**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR (if other than debtor) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Lyssette A. Morales Vidal, Esq* *Address: Urb. Villa Blanca* *#70 Calle Aguamarina* *Caguas PR  00725* | *Date of Payment: 3/29/00* *Payor: Debtors* | *$100.00 exp. (reproduction, noticing, stamps, copies & other). Does not seek reimbursement.* |

---

**10. Other transfers**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as a security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *Transferee: Nerva Bultron* *Address: HC 05 Box 59017, Caguas* *PR  00725-9242* *Relationship: No relation* | *12/99* | *Property: 1989 GMC* *Value: $150.00.* |

---

**11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

☒ NONE

---

**12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

☒ NONE

---

**15. Prior address of debtor.**

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within two years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the two years immediately preceding the commencement of this case.)

**16. Nature, location and name of business**

a.  If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **two years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

b.  If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within  the two years immediately preceding the commencement of this case.

c.  If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the two years immediately preceding the commencement of this case.

☒ NONE

---

**17a. Books, records and financial statements**

List all bookkeepers and accountants who within the **six years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

☒ NONE

---

**17b.** List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☒ NONE

---

**17c.** List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

☒ NONE

---

**17d.** List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within **two years** immediately preceding the commencement of this case by the debtor.

☒ NONE

---

**18a. Inventories**

List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☒ NONE

---

**18b.** List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

☒ NONE

---

**19a. Current Partners, Officers, Directors and Shareholders**

If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☒ NONE

---

**19b.**  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting
securities of the corporation.

☒ NONE

---

**20a.  Former partners, officers, directors and shareholders.**
If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

☒ NONE

---

**20b.**  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

☒ NONE

---

**21.  Withdrawals from a partnership or distribution by a corporation**
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions,
options exercised and any other prerequisite during **one year** immediately preceding the commencement of this case.

☒ NONE

---

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct.

Date _April 14, 2000_              Signature _____
                                                  GERARDO LEBRON DIAZ

Date _April 14, 2000_              Signature _____
                                                  NOELIA GARCIA ORTIZ

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §152 and §3571.

Statement of Affairs -- Page  5

## UNITED STATES BANKRUPTCY COURT
## PUERTO RICO  DISTRICT of PUERTO RICO

In re *GERARDO LEBRON DIAZ* and *NOELIA GARCIA ORTIZ*

Case No. *00–*
Chapter *13*

_____ / Debtor

Attorney for Debtor: *Lyssette A. Morales Vidal*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in connection with this case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ *1,100.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . . . $ *0.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ *1,100.00*

3.  *$ 185.00* of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
    *Add.l services will be charged at $175 p/h w/authorization of Court.*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
    *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
    *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
    *None*

Dated: *April 14 , 2000*

Respectfully submitted,

Attorney for Petitioner: *Lyssette A. Morales Vidal*
*URB VILLA BLANCA*
*#70 AQUAMARINA STREET*
*CAGUAS PR 00725-1908*

00-04659

GERARDO LEBRON DIAZ
NOELIA GARCIA ORTIZ
URB VILLAS DE CASTRO
R11-6 CALLE 13
CAGUAS PR  00725-4699

Lyssette A. Morales Vidal
URB VILLA BLANCA
#70 AQUAMARINA STREET
CAGUAS PR 00725-1908

DEPARTMENT OF JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN PR  00902-0192

LABOR DEPARTMENT
LEGAL OFFICE/BANKRUPTCY DEPT
AVE MUNOZ RIVERA #505
HATO REY PR 00918

PR TREASURY DEPARMENT
BANKRUPTCY DEPARTMENT
PO BOX 9024140
OFIC 424-B
SAN JUAN PR  00902-4140

AUT ENERGIA ELECTRICA DE PR
Acct: 04201378390018
PO BOX 363508
SAN JUAN PR  00936-3508

BUENAVISION CABLE TV
Acct: 630010087020
PO BOX 8759
CAGUAS PR  00726-8759

COOP A/C LA MERCED
Acct: 2092313
PO BOX 1294
SAN LORENZO PR  00754-1294

COOP A/C LA MERCED
Acct: 4596
PO BOX 1294
SAN LORENZO PR  00754-1294

DEPT OF JUSTICE FED-LITIGATIO
PO BOX 9020192
SAN JUAN PR  00902-0192

EDITORIAL LECTOR
Acct: 63378
PO BOX 192039
SAN JUAN PR  00919-2039

FORD MOTOR CREDIT
Acct: TWA17072R9
PO BOX 71472
SAN JUAN PR  00936-8572

MYRNA E. LOPEZ COLON, ESQUIRE
URB VILLA PRADES
#706-B JULIO ANDINO
RIO PIEDRAS PR  00924

PR DEPT OF TREASURY
Acct: 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
PO BOX 9024140
OFIC 424 B
SAN JUAN PR  00902-4140

RICARDO FERNANDEZ DIAZ, ESQ
PO BOX 1123
GURABO PR  00778-1123

RUBEN MOJICA RIVERA, ESQUIRE
#8 PROLONGACION CELIS AGUILER
CAGUAS PR  00725

SEARS ROEBUCK DE PR INC
Acct: 9585103966835
PO BOX 70148
SAN JUAN PR 00936-9743

SEARS ROEBUCK DE PR INC
Acct: 9585135938554
PO BOX 70148
SAN JUAN PR 00936-9743

THRIFT SAVINGS PLAN
Acct: 9837632-F
NATIONAL FINANCE CENTER
PO BOX 61500
NEW ORLEANS LA  70161-1500

THRIFT SAVINGS PLAN
Acct: 9917796-M
NATIONAL FINANCE CENTER
PO BOX 61500
NEW ORLEANS LA  70161-1500

VAPR FEDERAL CREDIT UNION
Acct: 8100
PO BOX 33017
VETERAN PLAZA STATION
SAN JUAN PR  00933-0017

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

GERARDO LEBRON DIAZ &
NOELIAGARCIA ORTIZ

__DEBTORS__

CASE NO. 00-04659

CHAPTER 13

### NOTICE TO DEBTOR OF FILING A PETITION IN BANKRUPTCY

Upon the filing of the instant petition, the items checked were not submitted:

( ) Signature (upon filing)

( ) Master Address List (upon filing)

( ) List of Creditors (upon filing)

( ) Employer ID Number and/or Social Security (upon filing)

( ) Debtor's (s') Attorney Disclosure of Compensation Form (upon filing)

( ) Chapter 13 Plan (15 days)

( ) Schedules (15 days)

( ) Statement of Affairs (15 days)

You are hereby notifies that upon failure to file any of the above indicated documents within the prescribed period of time specified herein, the Court may enter an Order of Dismissal without further notice or hearing.

San Juan, Puerto Rico, this   **APR 2 0 2000**

BY ORDER OF THE COURT

CELESTINO MATTA MENDEZ
Clerk of the Court

By:_____
Deputy Clerk